**ORIGINAL**

## *Memorandum* 

**18CM00432**

| Subject: IN THE MATTER OF THE SEIZURE OF $19,780.00 IN U.S. CURRENCY AND $32,311.00 IN U.S. CURRENCY. | Date: March 16, 2018 |
|---|---|
| To: KIRY K. GRAY<br>Clerk, United States District Court<br>Central District of California | From: FRANK D. KORTUM<br>Assistant United States Attorney<br>Criminal Division |

For purposes of determining whether the above-referenced matter should be assigned to the Honorable André Birotte Jr., it

☐ is

☒ is not

a matter that was pending in the United States Attorney's Office on or before August 8, 2014, the date the Honorable André Birotte Jr. resigned from his position as the United States Attorney for the Central District of California.

For purposes of determining whether the above-referenced matter should be assigned to the Honorable Michael W. Fitzgerald, it

☐ is

☒ is not

(1) a matter pending in the National Security Section or one in which the National Security Section has previously been involved; or (2) a matter in which current Assistant United States Attorney Patrick Fitzgerald is or has been personally involved or on which he has personally consulted while employed in the USAO.

                                                          */s/ Frank D. Kortum*
                                                    FRANK D. KORTUM
                                                    Assistant United States Attorney
                                                    Criminal Division